UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:03cr123LAC

JAMES BEVERLY TYNER

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  October 30,  2007
Motion/Pleadings: PETITION TO REMIT SPECIAL MONETARY ASSESSMENT
Filed by GOVERNMENT                  on 10/29/2007         Doc.# 19

RESPONSES:

_____  on _____   Doc.# _____
_____  on _____   Doc.# _____

_____ Stipulated      _____ Joint Pldg.
x\_\_\_\_\_ Unopposed       _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                         Deputy Clerk: Mary Maloy

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 31st day of November, 2007, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.